VERNE V. RYON and Another, as Administrators, etc., of DAVID H. RYON,
Deceased, and Others, Appellants, v. HARRIET L. LUTMAN, HARRIE E. LUTMAN
and FRANCIS ROONEY, Respondents.— Order affirmed, with ten dollars costs and

disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.